# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2015

## NO. 03-14-00028-CV

### In the Matter of C. B

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD**
**AFFIRMED -- OPINION BY JUSTICE FIELD**

This is an appeal from the trial court's December 13, 2013 order transferring C.B. to the custody of the Texas Department of Criminal Justice-Institutional Division and the trial court's December 11, 2013 order that he register as a sex offender pursuant to Texas Code of Criminal Procedure chapter 62. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's orders. Therefore, the Court affirms the trial court's orders. Because C.B. is indigent and unable to pay costs, no adjudication of costs is made.